IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATILIO I. LEVERATTO, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>            Defendants.<br>_____/ | No. C 13-01564 CW (PR)<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE, DIRECTING PARTIES TO SUBMIT CASE MANAGEMENT STATEMENTS, DENYING AS MOOT PLAINTIFFS' APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DENYING PLAINTIFFS' MOTIONS FOR APPOINTMENT OF COUNSEL AND TO COMPEL DISCOVERY AS PREMATURE<br><br>(Docket nos. 14, 16, 17) |

On April 8, 2013, Defendant Bayer Healthcare Pharmaceuticals removed this action from the Alameda County Superior Court to the Northern District. Defendants declined to consent to the jurisdiction of a Magistrate Judge; on April 23, 2013, the case was assigned to the undersigned.

In view of the fact that the Plaintiffs are prisoners proceeding pro se, the Court orders as follows:

1. The Case Management Conference scheduled for July 10, 2013 is VACATED.

2. The parties shall submit Case Management Statements to the Court by no later than July 1, 2013.

3. Plaintiffs' application to proceed in forma pauperis is DENIED as moot because Defendants have paid the filing fee.

4. Plaintiffs' motions for the appointment of counsel and to compel discovery are DENIED as premature.

1

5.   No hearings will be scheduled in this case without a prior court order.

This Order terminates Docket nos. 14, 16, and 17.

IT IS SO ORDERED.

Dated: 5/22/2013

CLAUDIA WILKEN
United States District Judge