UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATILIO I. LEVERATTO, et al. | Case No. 3:13-cv-01564-WHO |
| Plaintiffs, | Assigned to: Hon. William H. Orrick |
| vs. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| BAYER HEALTHCARE PHARMACEUTICALS INC, et al., | **[FRCP 41(a)(1)(A)(ii)]** |
| Defendants. | |

This matter comes before the Court upon the filing of a Stipulation of Dismissal With Prejudice by plaintiffs Atilio I. Leveratto and Cesar Gonzalez, and defendants Bayer HealthCare Pharmaceuticals Inc. and Washington Hospital Healthcare.  The Court has reviewed the Stipulation of Dismissal and notes the parties' agreement to the terms of the dismissal set forth in this order.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Case No. 13-cv-01564 be and is hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

Dated: August 30, 2013

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE